**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
DAVID WEISBERG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TITAN SOLAR, INC., <br><br> Defendant. | Case No.: 2:15-cv-03988-SVW-JPR <br><br> **NOTICE OF SETTLEMENT** |

    NOW COMES Plaintiff, DAVID WEISBERG ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis.  The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice

as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within forty-five (45) days.  Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: August 20, 2015                          **MARTIN & BONTRAGER, APC**

By:*/s/ Nicholas J. Bontrager*
Nicholas J. Bontrager
Attorneys for Plaintiff