**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
DAVID WEISBERG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISBERG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TITAN SOLAR, INC., <br><br> Defendant. | Case No.: 2:15-cv-03988-SVW-JPR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOW COMES Plaintiff, DAVID WEISBERG ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i),* hereby voluntarily dismisses the instant action. Plaintiff dismisses his individual claims *with* prejudice and the putative class claims *without* prejudice.

Date: September 3, 2015                    **MARTIN & BONTRAGER, APC**

                                                      By:*/s/ Nicholas J. Bontrager*
                                                         Nicholas J. Bontrager
                                                         Attorneys for Plaintiff

**VOLUNTARY DISMISSAL**
-2-